

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00215-CV

| | | |
|---|---|---|
| Neal Rauhauser | § | From the 67th District Court |
| | § | of Tarrant County (067-270669-14) |
| v. | | |
| | § | December 11, 2014 |
| James McGibney and ViaView, Inc. | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the denial by operation of law of Neal Rauhauser's motion to dismiss under the Texas Citizens' Participation Act (TCPA) as to all James McGibney's claims against Rauhauser and as to all ViaView, Inc.'s claims against Rauhauser that are based on alleged communications made by Rauhauser in connection with an issue related to McGibney. We remand this case to the trial court to enter an order dismissing all claims against Rauhauser except ViaView's business disparagement claim and tortious interference with business relationships claim to the extent those claims are not based on communications by Rauhauser made in connection with an issue relating to McGibney, and for further proceedings to award court costs,

reasonable attorney's fees, and other expenses incurred by Rauhauser in defending against Appellees' suit as justice and equity may require; and to award sanctions against McGibney, ViaView, or both in an amount that the trial court determines sufficient to deter them from bringing similar actions under section 27.009(a)(1) and (2) of the TCPA.

It is further ordered that McGibney and ViaView shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM